# Court of Appeals
# of the State of Georgia

ATLANTA,  March 03, 2017

*The Court of Appeals hereby passes the following order:*

**A16A1561. IN THE INTEREST OF T. N. T., J. T. T., AND K. J. T.**

This Court granted the mother's application for discretionary review of a juvenile court order terminating her parental rights to T. N. T., J. T. T., and K. J. T. After a thorough consideration of this case, including our review of the entire record and hearing transcripts, which transcripts were not available at the time we granted the mother's application, we have determined that the juvenile court's order was supported by clear and convincing evidence. See OCGA § 15-11-303 ("[T]he standard of proof to be adduced to terminate parental rights shall be by clear and convincing evidence.")

Accordingly, we conclude that the application for discretionary appeal was improvidently granted, and we DISMISS the mother's appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/03/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*